UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TYSON ROBINSON,

    Petitioner

v.

MARTIN L. FRINK, Warden,

    Respondent.

Case No: C 11-01903 SBA (PR)

**JUDGMENT**

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\HC.11\Palacios3582.jud.docx